UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEC JAMES HARRIS; RAMLEE SAIF RUDEBAUGH,

Plaintiffs,

v.

ALASKA AIRLINES INC ET AL.,

Defendants.

CASE NO. 2:26-cv-04362-JHC

ORDER

This matter comes before the Court on Plaintiffs' Motion for Temporary Restraining Order. Dkt. # 2. Because of the various filing deficiencies identified at Dkt. # 3, the Court STRIKES Plaintiffs' motion at Dkt. # 2 as premature. Plaintiffs may refile such a motion if and when the procedural deficiencies identified at Dkt. # 3 have been corrected.

Dated this 16th day of November, 2026.

John H. Chun

John H. Chun
United States District Judge