UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAMLEE SAIF RUDEBAUGH,

Plaintiff,

v.

ALASKA AIRLINES, INC., et al.,

Defendants.

CASE NO. **2:26-cv-04362-JHC**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 8**

The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt. 8). The Clerk shall provide a copy of this Order to Plaintiff and to the presiding District Judge.

DATED this 25th day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge